IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 10:06 A M
8/23, 2019
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,   :
:
:
VS.   :
:   1 : 18-MJ-64 (TQL)
JONATHAN JENSEN,   :
:
Defendant.   :
:

## ORDER GRANTING UNSEALING OF CASE

The United States of America having moved to unseal the case, such motion is hereby **GRANTED**. The Clerk is **DIRECTED** to unseal the case and all pleadings and Orders contained therein effective on the date of this Order.

**SO ORDERED**, this 23rd day of August, 2019.

s/ [signature]
UNITED STATES MAGISTRATE JUDGE